# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; and ALASKA OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND, <br> *Plaintiffs* <br> v. <br> ALASKA INDUSTRIAL, LLC, an Alaska limited liability company; and JEFFREY DAY, an individual, <br> *Defendants* | Civil Action No. 4:21-cv-00017-JMK |

## DEFAULT JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, and Alaska Operating Engineers-Employers Training Trust Fund, recover of defendant Alaska Industrial, LLC, the sum of $166,005.89, together with prejudgment interest in the amount of $21,138.64, attorney's fees in the amount of $5,730.00 and plaintiff's cost of action in the amount of $552.00 for a total judgment of $193,426.53 with post-judgment interest thereon at the rate of 12.0% as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED:

THAT Plaintiffs Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, and Alaska Operating Engineers-Employers Training Trust Fund, recover of defendant Jeffrey Day, the sum of $310,845.18, together with prejudgment interest in the amount of $121,404.02, attorney's fees in the amount of $5,461.50 and plaintiff's cost of action in the amount of $5,821.13 for a total judgment of $443,531.83 with post-judgment interest thereon at the rate of 12.0% as provided by law.

APPROVED:

s/Joshua M. Kindred
Joshua M. Kindred
United States District Judge

Date: May 18, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*